IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                CIVIL NO. 12-6003

MELODY M. DUKE,
    Defendant.

### DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on January 4, 2012, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on May 25, 2012.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $141,033.22 (principal of $118,331.99 and interest of $22,701.23 through August 25, 2011); interest from August 25, 2011, at the rate of 8.25 percent per annum until date of judgment; and plus interest from the date of judgment at the legal rate of __.20__ percent computed daily and compounded annually until paid in full pursuant to 28 U.S.C. § 1961(a) and (b); and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

DATE: July 19, 2012

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT COURT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 19 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk